AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| FREDERICK GERTZEL, individually & on behalf of all similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> DIGITAL RECEPTION SERVICES, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 8:15cv163 T33AEP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DIGITAL RECEPTION SERVICES, INC.
c/o Stephen O. Decker (Registered Agent)
8603 Adamo Drive
Tampa, FL 33619


2015 JAN 26  PM 2:58  RECEIVED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bernard R. Mazaheri
Morgan & Morgan
20 N Orange Ave Ste 1600
Orlando, FL 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  JAN 2 6 2015                            *Signature of Clerk or Deputy Clerk*